

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00211-CV

| | | |
|---|---|---|
| DAVID D. SCOTT AND MARY J. SCOTT, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| v. | § | of Tarrant County (2014-001905-2) |
| ROBERT G. WEST, THYRA WEST, JUDITH C. CLARK, SALLIE CLINGMAN, GREGORY P. MILLER, GAYE MILLER, JONATHAN BAYLES, AND AMY BAYLES, Appellees | § | July 3, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment order. It is ordered that the order of the trial court is affirmed. We remand this case to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman